Opinion by WILSON, J.   In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified, *supra*, for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under said paragraph, as modified, *supra*, as imitation · semiprecious stones, not faceted.

**No. 59473.**—E. H. Ashley & Co., Inc. *v.* United States, protests 227146–K, etc. (Providence).

Opinion by WILSON, J.   In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by T. D. 51802 and T. D. 51898, for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under said paragraph, as modified, *supra*, as imitation semiprecious stones, not faceted.

**No. 59474.**—John F. Allen & Son, Inc. *v.* United States, protests 227159–K, etc. (Providence).

Opinion by WILSON, J.   In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified, *supra*, for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under said paragraph, as modified, *supra*, as imitation semiprecious stones, not faceted.

**No. 59475.**—Brier Manufacturing Co. *v.* United States, protest 242750–K (Providence).

313

Opinion by WILSON, J.   In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified, *supra*, for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under said paragraph, as modified, *supra*, as imitation semiprecious stones, not faceted.

**No. 59476.**—Leonard Levin Co. et al. *v.* United States, protests 248167–K, etc. (Providence).

Opinion by WILSON, J.   In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified, *supra*, for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under said paragraph, as modified, *supra*, as imitation semiprecious stones, not faceted.

BEFORE THE SECOND DIVISION, NOVEMBER 23, 1955

**No. 59477.**—W. R. Zanes & Co. of La., Inc. *v.* United States, protest 196039–K/ 14149 (New Orleans).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of steel strips similar in all material respects to those the subject of Abstract 58580, the claim of the plaintiff was sustained.

**No. 59478.**—Glazer Steel Corp. *v.* United States, protest 207616–K/14173 (New Orleans).